P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMINSTER LODGING INC., a California corporation, et al.,<br><br>Defendant. | Case No: 2:24-cv-02617-RGK-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF SOLANKI DEFENDANTS WITHOUT PREJUDICE** |

Pursuant to Rule 41, Plaintiff voluntarily dismisses Girish K. Solanki and Nita G. Solanki from the above-entitled case without prejudice.

RESPECTFULLY SUBMITTED this 18th day of August, 2024.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff