JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMINSTER LODGING INC., a California corporation,<br><br>Defendant. | Case No: 2:24-cv-02617- RGK-AS<br><br>[PROPOSED] ORDER AND [25] JUDGMENT<br><br>**NOTE: CHANGES MADE BY THE COURT** |

On Motion and good cause shown,

Judgment is hereby entered against Defendant WESTMINSTER LODGING INC., a California corporation in the following particulars:

- ✓ Declaratory relief that Defendant violated Title III of the Americans with Disabilities Act;

- ✓ Injunctive relief ordering Defendant to modify the Budget Inn of Santa Fe Springs in Santa Fe Springs, California to comply with Section 208.3 of the 2010 Standards of Accessible Design by providing a disabled parking spot that is the parking spot shortest possible route to the facility entrance;

- ✓ Injunctive relief ordering Defendant to modify the Budget Inn of Santa Fe Springs in Santa Fe Springs, California to comply with Sections 209 and 503 of the 2010 Standards of Accessible Design by providing an access aisle at the Hotel's passenger loading zone;

- ✓ Closure of the Budget Inn of Santa Fe Springs in Santa Fe Springs, California if Defendant does not remediate the barriers alleged within 60 days of Judgment;

- ✓ Damages in the amount of $8,000.00, payable to Theresa Brooke;

- ✓ Attorneys fees in the amount of $1,000.00 per L.R. 55-3, payable to Theresa Brooke; and,

- ✓ Costs in the amount of $450.00, payable to Theresa Brooke.

DATED this 5th day of November, 2024.

*/s/ Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge